# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

## July 1, 2014

| | | |
|---|---|---|
| CAAP–11–00 00645 | State v. Mulu | Affirmed |

## July 15, 2014

| | | |
|---|---|---|
| CAAP–12–00 01007 | State v. Kernstock | Vacated and Remanded |

## July 16, 2014

| | | |
|---|---|---|
| CAAP–13–00 00405 | Eguchi-Bryant v. Proservice Hawaii/All Tree Services,Inc. | Affirmed |

## July 24, 2014

| | | |
|---|---|---|
| CAAP–13–00 00701 | State v. Slavick | Affirmed |

## July 25, 2014

| | | |
|---|---|---|
| CAAP–11–00 00560, CAAP–11–00 00843 | Indymac Venture, LLC v. Khaleghi | Affirmed |

## July 31, 2014

| | | |
|---|---|---|
| CAAP–13–00 00401 | State v. Abregano | Affirmed |
| CAAP–12–00 00674 | State v. Ahn | Affirmed |
| CAAP–11–00 00573, CAAP–11–00 00574 | State v. Deguair | Affirmed |